IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HARVEY B. SEAY, JR.,

     Petitioner

VS.

VAN PEAVY,   NO. 5:05-CV-333 (CAR)

     Respondent   **PROCEEDINGS UNDER 28 U.S.C. §2254**
**BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

  Petitioner HARVEY B. SEAY, JR. has filed a [Motion for a] Writ of Mandamus (Tab #9) in which he seeks relief that cannot be afforded him in the above-captioned habeas corpus action. If he wishes to pursue his request for mandamus relief, he must proceed in a new lawsuit and must pay the required filing fee of $250.00 or seek permission to proceed without the prior payment of the filing fee.

  Accordingly, petitioner's motion (Tab #7) is DENIED.

  SO ORDERED AND DIRECTED, this 22nd day of SEPTEMBER, 2005.



             CLAUDE W. HICKS, JR.
             UNITED STATES MAGISTRATE JUDGE