IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HARVEY B. SEAY, JR., <br><br> Petitioner <br><br> VS. <br><br> VAN PEAVY, <br><br> Respondent | NO. 5:05-CV-333 (CAR) <br><br> PROCEEDINGS UNDER 28 U.S.C. §2254 <br> BEFORE THE U. S. MAGISTRATE JUDGE |

# O R D E R

Petitioner HARVEY B. SEAY, JR. has filed a [Motion for a] Writ of Mandamus (Tab #9) in which he seeks relief that cannot be afforded him in the above-captioned habeas corpus action. If he wishes to pursue his request for mandamus relief, he must proceed in a new lawsuit and must pay the required filing fee of $250.00 or seek permission to proceed without the prior payment of the filing fee.

Accordingly, petitioner's motion (Tab #7) is DENIED.

SO ORDERED AND DIRECTED, this 22nd day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE