IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| HARVEY B. SEAY, JR., | : | |
|---|---|---|
| Petitioner, | : | Case No.: 5:05-cv-333 (CAR) |
| v. | : | |
| WARDEN DANFORTH, | : | PROCEEDING UNDER 28 U.S.C. § 2254 |
| Respondent. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 50] that Respondents' Motion to Dismiss be granted, and Petitioner's petition for federal habeas corpus relief be denied as untimely filed. Petitioner filed no objection to the Recommendation. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 12th day of February, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH