**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **HARVEY B. SEAY, JR.,** | **:** |
| **Petitioner,** | **:** |
| **v.** | **: CASE NO. 5:05-cv-333 (CAR)** |
| **WARDEN DANFORTH,** | **:** |
| **Respondent.** | **:** |

# J U D G M E N T

Pursuant to the Order of this Court filed February 12, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 12th day of February, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**